IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


William L. Garrett, Jr.          :

          Petitioner,            :

     v.                          :          Case No. 2:08-cv-0783

Ted Strickland, Governor,        :          JUDGE GRAHAM

          Respondent.            :

ORDER

     This case is before the Court to consider a Report and
Recommendation issued by the Magistrate Judge on September 8,
2008.  No objections have been filed to the Report and
Recommendation.  Therefore, the Court ADOPTS the Report and
Recommendation.  Mr. Garrett's request to proceed in forma
pauperis is granted and this action is dismissed for want of
jurisdiction.


                              S/ James L. Graham
Date: Oct. 20, 2008           JAMES L. GRAHAM
                              United States District Judge